AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KAMERON R.,<br>*Plaintiff*<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>*Defendant* | )<br>)<br>)  Civil Action No.  1:18-CV-3221-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Commissioner is directed to pay attorney's fees in the amount of $3,241.08 to Plaintiff's attorney, James D. Tree, pursuant to 42 U.S.C. § 406(b).  This payment shall be deducted from the total amount of past-due benefits owing to Plaintiff.  The remaining portion of any funds withheld shall be disbursed to Plaintiff without delay.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

on Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (ECF No. 27).

Date:  September 20, 2021

CLERK OF COURT

SEAN F. McAVOY

s/ B. Fortenberry
*(By) Deputy Clerk*

B. Fortenberry